# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11cv21

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| APPROXIMATELY $63,770.00 IN ) | |
| UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on periodic docket review, which reveals that the time for filing a verified claim has recently run with no claims being filed with the court. Based on the government's Declaration of Service, verified claims must have been filed within 60 days of first publication, which occurred on January 23, 2011, making March 24, 2011, the last day for filing a claim. See Dec. Of Service. While the government has in no way delayed seeking entry of default, the running of such deadline was routinely discovered and is mentioned herein only for efficient case management.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government seek entry of default or other appropriate relief as the time for the filing of verified claims has run.

Signed: March 28, 2011

Max O. Cogburn Jr.
United States District Judge