UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:11cv21-MOC

| | |
|---|---|
| UNITED STATES OF AMERCIA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) **DEFAULT JUDGMENT OF FORFEITURE** |
| | ) |
| APPROXIMATELY $63,770.78 IN UNITED STATES FUNDS, | ) |
| | ) |
|     Defendant. | ) |

THIS MATTER is before the Court on the government's motion under Fed. R. Civ. P. 55(b)(2) for a default judgment of forfeiture against the defendant property.

THE COURT FINDS THAT:

  1. A verified complaint for forfeiture in rem of the defendant property was filed on January 12, 2011. The Clerk issued a warrant for arrest in rem on January 14, 2011.

  2. Process was fully issued in this action and returned according to law. Pursuant to the warrant for arrest in rem, the government duly seized the defendant property. Service of process was made by internet publication of notice, as shown by the declaration filed herein on March 21, 2011.

  3. No person has filed a verified claim or an answer within the time allowed by law, and the Clerk has accordingly entered default.

  4. Based on the affidavit of Special Agent, Rufus Williams of the North Carolina State Bureau of Investigations, filed with the complaint, the government has shown probable cause to believe that the defendant property is proceeds of and/or was used or intended to be used to facilitate structuring of currency deposits in violation of 31 U.S.C. § 5324(a) and that it is therefore subject to forfeiture under 31 U.S.C. § 5317(c)(2).

BASED ON THE FOREGOING FINDINGS, THE COURT CONCLUDES that the government is entitled to a judgment of forfeiture by default against the defendant property.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

  1. The government's motion for default judgment of forfeiture is hereby

granted.

2. Any and all right, title and interest of all persons in the world in or to the following property is hereby forfeited to the United States; and no other right, title, or interest shall exist therein: approximately $63,770.78 in United States funds.

3. The United States is hereby directed to dispose of the forfeited defendant property as provided by law.

Signed: April 11, 2011

Max O. Cogburn Jr.
United States District Judge